IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA M. STOCKTON**                                                                                   **PLAINTIFF**
**ADC #169885**

VS.                                              4:23-CV-00477-BRW

**DEXTER PAYNE,**
**Director, ADC,** *et al.*                                                                              **DEFENDANTS**

## ORDER

The Court has reviewed a Recommended Disposition ("RD") (Doc. No. 102) from United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After reviewing the RD and Plaintiff's Objections, as well as a *de novo* review the case record, I approve and adopt the RD in all respects.

Accordingly, the Medical Defendants' Motion for Summary Judgment (Doc. No. 87) is GRANTED. Plaintiff's claims against Defendants Stukey, Huff, and Wellpath LLC are DISMISSED with prejudice. Plaintiff's claims against Defendant Graves are DISMISSED without prejudice due to a lack of service. This case is CLOSED.

I certify that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.[1]

Plaintiff's Motion for Order (Doc. No. 108) is DENIED. The Court of Appeals for the Eighth Circuit will request any documents it needs if Plaintiff appeals.

IT IS SO ORDERED this 29th day of May, 2024.

Billy Roy Wilson<br>
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).